IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF UTAH

---

| | |
|---|---|
| RICHARD R. ASHLEY, | ) **DISMISSAL ORDER &** |
| | ) **MEMORANDUM DECISION** |
| Plaintiff, | ) |
| | ) Case No. 1:11-CV-95 CW |
| v. | ) |
| | ) District Judge Clark Waddoups |
| DAVIS COUNTY SHERIFF'S DEP'T et al., | ) |
| | ) |
| Defendants. | ) |

---

Plaintiff filed a prisoner civil rights complaint,[1] and was granted *in forma pauperis* status.[2] However, Plaintiff has not complied with the Court's June 20, 2011, order to file within thirty days a "certified copy of the trust fund account statements . . . for the 6-month period immediately preceding the filing of the complaint . . . obtained from the appropriate official of each prison at which prisoner is confined."[3] Indeed, the order was returned to sender as undeliverable, marked, "MOVED, LEFT NO ADDRESS." Plaintiff has not since updated his address with the Court.

---

[1] *See* 42 U.S.C.S. § 1983 (2011).

[2] *See* 28 *id.* § 1915.

[3] *See id.* § 1915(a)(2).

Accordingly, IT IS HEREBY ORDERED that Plaintiff's case is DISMISSED without prejudice.

DATED this 30th day of August, 2011.

BY THE COURT:

_____
JUDGE CLARK WADDOUPS
United States District Court